**UNITED STATES DISTRICT COURT**  
**EASTERN DISTRICT OF NEW YORK**

CIVIL CONFERENCE  
MINUTE ORDER

BEFORE:   A. KATHLEEN TOMLINSON  
U.S. MAGISTRATE JUDGE

DATE: 10/16/07  
TIME: 3:00 PM

*Edwards -v- County of Nassau, et al.*, CV 05-3002 (ADS) (AKT)

TYPE OF CONFERENCE:   SETTLEMENT CONFERENCE

APPEARANCES:   Plaintiff   Tobi R. Salottolo

Defendant   Donna A. Napolitano

**FILED**  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N Y  
★ OCT 24 2006 ★  
LONG ISLAND OFFICE

After significant effort by the parties, this matter has today been settled. I have directed the parties to draft their settlement documents and releases for execution by both sides expeditiously. The parties are further directed to file the appropriate Stipulation of Discontinuance within thirty (30) days.

Case closed subject to the terms of the Settlement agreement.

SO ORDERED

/s/ A. Kathleen Tomlinson  
A. KATHLEEN TOMLINSON  
U.S. Magistrate Judge

_____  
U.S.D.J.   10/24/07